## GEORGE T. BROWN v. JOHN MALLEDY.

### ERROR TO MADISON.

*Per Curiam.* It has been so often decided by this court,
that when a plaintiff takes a voluntary non-suit in the court

below, he cannot assign error upon the record, that it must be considered the settled law of the court. When the party has voluntarily retired from the court with his cause, there is nothing remaining to be acted upon by this court.

The judgment must be affirmed.

*Judgment affirmed.*